UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

Case No. 21-41862-MAR
Chapter 7
HON. Mark A. Randon

        Debtor(s).
_____/

### MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS

NOW COMES CHARLES J. SCHNEIDER, and herewith states his motion as follows:

1. Charles J. Schneider acted as counsel for the Debtors relative to the filing of these Chapter 7 proceedings since 3/05/2021.

2. Movant believes it is necessary that he withdraw as counsel for the Debtors for the reason that there has been a breakdown in the relationship between counsel and clients and counsel believes that the clients' conduct is rendering it unreasonably difficult for counsel to carry out his employment effectively. In support of this motion, movant cites Michigan Rules of Professional Conduct 1.16(b)(3), (4) & (6).

3. The undersigned counsel had been informed that the Debtors desired to convert their case from a chapter 7 case to a chapter 13 to avoid the possible sale of their home by the chapter 7 Trustee. To that extent, the undersigned counsel filed a motion to convert the case from a chapter 7 to a chapter 13 on 08/02/2021 (Docket# 30). Since the filing of the motion, the undersigned counsel has been informed by the Debtor husband that he did not wish payments to be deducted from his pay check. He does not want to sign the amended Scheduler I and J that need to be signed to support the motion to convert. He no longer desires to convert case. The Debtor wife has continued to express a desire to convert the case to keep the home. She has also suggested that her case be severed from her husband's. The divergent goals of the joint Debtors have placed the undersigned counsel in a conflict.

4. Counsel has advised the clients of his intention to withdraw from representation in this proceeding pursuant to Rule 1.16(b).

WHEREFORE, Charles J. Schneider prays this Honorable Court enter an order permitting him to withdraw as counsel for the Debtors Daryl L. Shackelford and Nicol M. Selmon-Shackelford.

   /s/   Charles J. Schneider
CHARLES J. SCHNEIDER (P27598)
MARY BETH WIMBERLEY (P82137)
NICHOLAS D. CHAMBERS (P72694)
Attorneys for Debtors
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: September 9, 2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

                                Case No. 21-41862-MAR
                                Chapter 7
                                HON. Mark A. Randon

            Debtor(s).
_____/

## **BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTORS**

      This motion is brought pursuant to Michigan Rules of Professional Conduct 1.16(b). Movant has been counsel for the Debtors since 3/05/2021. In recent months, during the course of employment, Movant has advised the clients as to the proper manner of action with respect to their obligations in this Chapter 7 proceeding. Movant believes that Debtors are not acting in conformity with the advice of counsel to certain substantive matters in this case, making counsel's representation of Debtors unreasonably difficult. As a result of the clients' actions, counsel believes that there has been a breakdown in the attorney-client relationship and that it would be in the best interests of both the clients and counsel if withdrawal were permitted.

      Permissive withdrawal is proper pursuant to Rule 1.16(b) based on a variety of factors. In this matter, Movant is citing sub-sections (3), (4) & (6). Movant believes that the clients' conduct is rendering it unreasonably difficult for Movant to carry out his employment effectively.

      Movant does not believe that withdrawal will prejudice the rights of the clients and further believes that this Court will find the existence of other good cause for withdrawal pursuant to Rule 1.16(b)(6).

WHEREFORE, Charles J. Schneider prays this Court enter an order authorizing his withdrawal as counsel for the Debtors.

    /s/   Charles J. Schneider
CHARLES J. SCHNEIDER  (P27598)
MARY BETH WIMBERLEY (P82137))
NICHOLAS D. CHAMBERS (P72694)
Attorneys for Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: September 9, 2021

EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

                      Case No. 21-41862-MAR
                      Chapter 7
                      HON. Mark A. Randon

        Debtor(s).
_____/

## ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTORS

This matter having come on to be heard upon the motion to withdraw as counsel for Debtors, filed by Charles J. Schneider, a hearing having been held thereon, the Court finding good cause for entry of this Order and being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that Charles J. Schneider is authorized to withdraw as counsel for Debtors Daryl L. Shackelford and Nicol M. Selmon-Shackelford, effective as of the date of this order.

EXHIBIT 1

IN RE:
    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

Case No. 21-41862-MAR
Chapter 7
HON. Mark A. Randon

              Debtor(s).
_____/

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS

Petitioner, CHARLES J. SCHNEIDER, has filed papers with the court to withdraw as counsel for the above captioned Debtor(s).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant counsel's withdrawal from the within case, or if you want the court to consider your views on the motion, within FOURTEEN (14) days from the date of service of this motion, you or your attorney must:

1.     File a written response or an answer explaining your position with[1]:
           United States Bankruptcy Court
           211 West Fort Street, Suite 2100
           Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the FOURTEENTH (14th) day from the date of service of this motion.

You must also send a copy to:

| Charles J. Schneider | Karen E. Evangelista |
|---|---|
| Attorney for Debtor(s) | Karen E. Evangelista P.C. |
| 39319 Plymouth Rd., Suite 1 | 410 West University, Suite 225 |
| Livonia, MI 48150 | Rochester, MI 48307 |

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

\\2016-dc\Data\LNTPA Files\Case\Mot Wdraw Atty\Shackelford,Daryl.WPD

1

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

|  |  |
|---|---|
| | /s/ Charles J. Schneider |
| | CHARLES J. SCHNEIDER (P27598) |
| | MARY BETH WIMBERLEY (P82137) |
| | NICHOLAS D. CHAMBERS (P72694) |
| | Attorneys for Debtor(s) |
| | 39319 Plymouth Rd., Ste. 1 |
| | Livonia, MI 48150 |
| | (734) 591-4890 |
| Dated: September 9, 2021 | notices@cschneiderlaw.com |

EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:
    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

Case No. 21-41862-MAR
Chapter 7
HON. Mark A. Randon

               Debtor(s).
_____/

## PROOF OF SERVICE

    Jane Gackle, certifies that she is employed by the Law Office of Charles J. Schneider, P.C., attorney for the Debtor, and states that on September 9, 2021, she served a copy of **MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS, NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS, BRIEF IN SUPPORT OF MOTION AND PROPOSED ORDER** to:

Daryl L. Shackelford
Nicol M. Selmon-Shackelford
8836 Woodbine
Redford, MI 48239

Karen E. Evangelista
Karen E. Evangelista P.C.
410 West University Suite 225
Rochester MI 48307

All parties indicated on the attached dated court matrix

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                                            /s/ Jane Gackle
                                          JANE GACKLE
                                          LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                                          39319 Plymouth Rd., Ste. 1
                                          Livonia, MI 48150
                                          (734) 591-4890
                                          notices@cschneiderlaw.com

                                          EXHIBIT 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 21-41862-mar<br>Eastern District of Michigan<br>Detroit<br>Thu Sep  9 10:36:38 EDT 2021 | AFNI<br>PO Box 3097<br>Bloomington, IL 61702-3097 | AT&T Mobility<br>PO Box 6416<br>Carol Stream, IL 60197-6416 |
| Allstate Credit Bureau<br>22000 Springbrook Ave<br>Suite 201<br>Farmington, MI 48336-4375 | Ally Financial<br>P.O. Box 380901<br>Bloomingham, MN 55438-0901 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| American Profit Recovery<br>34405 West 12 MIle Road<br>Suite 379<br>Farmington Hills, MI 48331-5608 | Barclays Bank Delaware<br>Attn:  Officer for receipt of Process<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Beaumont Health<br>PO Box 554878<br>Detroit, MI 48255-4878 |
| Best Buy/CBNA<br>5800 South Corportate Place<br>Sioux Falls, SD 57108-5027 | Heather R. Burnard<br>31440 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-5422 | CB Indigo<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Christine Selmon<br>20213 Redfern<br>Detroit, MI 48219-1221 | Christine Selomon<br>20213 Redfern<br>Detroit, MI 48219-1221 | Tracy M. Clark<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 |
| Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank-Victoria Secrets<br>P O Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Torrid<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Wayfair<br>PO Box 182789<br>Columbus, OH 43218-2789 | (p)CONGRESS COLLECTION<br>701 SNOW RD<br>STE C<br>LANSING MI 48917-4087 | Credence Resource Management<br>PO Box 2390<br>Southgate, MI 48195-4390 |
| Credit Card/FB&T<br>1415 Warm Springs Road<br>Columbus, GA 31904-8366 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Enhanced Recovery Company LLC<br>PO Box 57547<br>Jacksonville, FL 32241-7547 | Karen E. Evangelista<br>410 West University<br>Suite 225<br>Rochester, MI 48307-1938 | ExxonMobile/Citibank<br>5800 South Coporated Place<br>Sioux Falls, SD 57108-5027 |

| | | |
|---|---|---|
| (p)FIRST FEDERAL CREDIT CONTROL INC<br>24700 CHAGRIN BLVD<br>SUITE 205<br>BEACHWOOD OH 44122-5662 | First Premier<br>Attn: Officer for Receipt of Process<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | IC Systems Collections<br>PO Box 64378<br>St. Paul, MN 55164-0378 |
| IRF/Pioneer<br>6520 Indian River<br>Virginia Beach, VA 23464-3439 | Kamran F. 'Sheikh, MD PC<br>PO Box 77000 Depart ent 77220<br>Detroit, MI 48277-2000 | Kohl's Department Store<br>Attn: Office for Receipt of Process<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| Kohls Department Store<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | LVNV Funding<br>c/o Resurgent Capital Services<br>P O Box 1269<br>Greenville, SC 29602-1269 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |
| Mountian Run Solutions LLC<br>313 E. 1200 South<br>Suite 200<br>Orem, UT 84058-6939 | NewRez<br>PO Box 619063<br>Dallas, TX 75261-9063 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prosper Marketplace<br>221 Main Street #300<br>San Francisco, CA 94105-1909 | SYNCB/Amazon<br>P.O. Box 965015<br>Orlando, FL 32896-5015 |
| SYNCB/TJX<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Charles J. Schneider<br>39319 Plymouth Rd.<br>Suite 1<br>Livonia, MI 48150-1064 | Nicol M. Selmon-Shackelford<br>8836 Woodbine<br>Redford, MI 48239-1228 |
| Daryl L. Shackelford<br>8836 Woodbine<br>Redford, MI 48239-1228 | Small Business Administration<br>1441 L ST NW<br>Mail Code 5460<br>Washington, DC 20005-3512 | The Home Depot/CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 |
| US Treasury-Financial Management<br>PO Box830794<br>Birmingham, AL 35283-0794 | Web Bank/Fingerhut<br>6250 Ridgewood Rd.<br>Saint Cloud, MN 56303-0820 | Willmae Shackelford<br>18465 Lenore St<br>Detroit, MI 48219-3019 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Congress Collection<br>P.O. Box 130<br>Saint Johns, MI 48879 | DSNB/Macy's<br>Attn: Office for Receipt of Process<br>P.O. Box 8218<br>Mason, OH 45040 | First Federal Credit Control, Inc.<br>24700 Chagrin Blvd<br>Suite 205<br>Cleveland, OH 44122-5662 |

| | | |
|---|---|---|
| (d)First Federal Credit Control, Inc.<br>Attn: Officer for receipt of Process<br>24700 Chagrin Blvd Ste 205<br>Cleveland, OH 44122 | Portfolio Recovery<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Detroit Water & Sewerage Department | (u)Edward Harris<br>KVS, LLC d/b/a Re/Max First | (u)LoanCare, LLC |

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56