**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

                     Case No. 21-41862-MAR
                     Chapter 7
                     HON. Mark A. Randon

           Debtor(s).
_____/

**STIPULATION TO ADJOURN HEARING ON 09/13/2021 REGARDING DEBTORS' MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13**

      IT IS STIPULATED by and between the parties hereto through their respective counsel that the hearing for Debtor's Motion to Convert Case from Chapter 7 to Chapter 13 be adjourned from 09/13/2021 to 10/18/2021 at 10:00 a.m.

| | |
|---|---|
| /s/ Charles J. Schneider | /s/ Tracy M. Clark |
| CHARLES J. SCHNEIDER (P27598) | TRACY M. CLARK (P60262) |
| NICHOLAS D. CHAMBERS (P72084) | Attorney for Chapter 7 Trustee |
| MARY BETH WIMBERLEY (P82137) | 25925 Telegraph Rd., Suite 203 |
| Attorney(s) for Debtor | Southfield, MI 48033 |
| 39319 Plymouth Rd., Ste. 1 | (248) 352-4700 |
| Livonia, MI 48150 | clark@steinbergshapiro.com |
| (734) 591-4890 | |
| notices@cschneiderlaw.com | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:
    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

Case No. 21-41862-MAR
Chapter 7
HON. Mark A. Randon

           Debtor(s).
_____/

## ORDER ADJOURNING ADJOURN HEARING ON 09/13/2021 REGARDING DEBTORS' MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

This matter having come on to be heard upon the Stipulation of the parties and the Court being advised in the premises, now, therefore;

IT IS ORDERED that the hearing for Debtor's Motion to Convert Case from Chapter 7 to Chapter 13 be adjourned from 09/13/2021 to 10/18/2021 at 10:00 a.m.

EXHIBIT 1