UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
    Daryl L. Shackelford
    Nicol M. Selmon-Shackelford

                          Case No. 21-41862-MAR
                          Chapter 7
                          HON. Mark A. Randon

        Debtor(s).
_____/

## ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTORS

This matter having come on to be heard upon the motion to withdraw as counsel for Debtors, filed by Charles J. Schneider, a hearing having been held thereon, the Court finding good cause for entry of this Order and being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that Charles J. Schneider is authorized to withdraw as counsel for Debtors Daryl L. Shackelford and Nicol M. Selmon-Shackelford, effective as of the date of this order.

**Signed on September 30, 2021**

                                            /s/ Mark A. Randon
                                            **Mark A. Randon**
                                            **United States Bankruptcy Judge**