UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                          Chapter 7

Daryl L. Shackelford and                        Case Number 21-41862
Nicol M. Selmon-Shackelford,
    Debtors.                              Hon. Mark A. Randon

_____/

### ORDER DENYING DEBTORS' MOTION TO CONVERT

This matter is before the Court on Debtors' motion to convert to Chapter 13. The Court set the matter for hearing on October 18, 2021. Because Debtors failed to appear, their motion to convert is **DENIED**.

**IT IS ORDERED**.
**Signed on October 18, 2021**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**