UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In RE: Daryl L. Shackelford
Nico'l M. Selmon-Shackelford

Case No. 21-41862-Mar

## NOTICE OF DEBTOR(S) ADDRESS CHANGE

The debtor(s) in the above entitled case do hereby request that the mailing address listed in the above stated case be changed to:

Debtor: Daryl L. Shackelford
18465 Lenore
Detroit, MI 48219
United States

Joint Debtor: Nico'l M. Selmon-Shackelford
18465 Lenore
Detroit, MI 48219
United States

☐ Change Debtor(s) Address on Adversary Case(s) if applicable

Adversary Case No. _____

Date: April 8, 2022

_Daryl Sh_____
Debtor Signature

_Nico'l M. Selmon-Shackelford_
Joint Debtor Signature